O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7106 AHM (CTx) | Date | October 21, 2008 |
|---|---|---|---|
| Title | HORIBA INTERNATIONAL CORPORATION, *et al.* v. TRES-ARK CORPORATION, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

  The Court DENIES Defendant Tres-Ark Corporation's *ex parte* application to extend the dates on the pending summary judgment motion.[1]  However, the Court will extend its deadline for filing an opposition to Thursday, October 23, 2008 at 4:00 p.m.  Plaintiff's reply will be due the following Monday, as currently scheduled.

                       :

               Initials of Preparer  SMO

---

[1] Docket No. 38.