O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7106 AHM (CTx) | Date | August 21, 2009 |
|---|---|---|---|

| Title | HORIBA INTERNATIONAL CORPORATION, *et al.* v. TRES-ARK CORPORATION, *et al.* |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

For the reasons stated in Plaintiff/Counter-Defendant Horiba's opposition papers, the Court DENIES the motion of the Allen Matkins firm for leave to withdraw as counsel. The Court rejects Allen Matkins's unsupported assertion that the "harm and prejudice that will inure to Allen Matkins by denial of the motion is far greater than any harm or prejudice that Plaintiffs will sustain if the motion is granted." There will be great delay because Tres-Ark cannot proceed *pro se* and its position could not be asserted unless counsel were available to elicit information, including through questioning. Moreover, the Court would be subjected to otherwise avoidable delay and inconvenience if it had to deal with the status of a lawyer-less corporate party.

No hearing is necessary. Fed. R. Civ. P. 783 L.R. 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |